**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-2172**

———————————

ROGER L. SANFORD,

                                    Plaintiff - Appellant,

        versus

ANTHONY J. PRINCIPI, SECRETARY OF VETERANS
AFFAIRS,

                                    Defendant - Appellee,

        and

TOGO D. WEST, JR.; PHILLIP M. HAMME; RAYMOND
BLANFORD; JULIAN BERRY, as employees in their
own capacity with the United States Department
of Veterans Affairs,

                                    Defendants.

———————————

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Joseph Robert Goodwin,
District Judge.  (CA-00-502-3)

———————————

Submitted:  February 27, 2003        Decided:  April 1, 2003

———————————

Before WIDENER, MICHAEL, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Roger L. Sanford, Appellant Pro Se.  Kelly Rixner Curry, Assistant
United States Attorney, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roger L. Sanford appeals the district court's order accepting
the recommendation of the magistrate judge and awarding summary
judgment to the Defendant on Sanford's Title VII discrimination
complaint.  We have reviewed the record and find no reversible
error.  Accordingly, we affirm on the reasoning of the district
court.  See Sanford v. Principi, No. CA-00-502-3 (S.D.W. Va. Sept.
26, 2002).  We dispense with oral argument because the facts and
legal contentions are adequately presented in the materials before
the court, and argument would not aid the decisional process.

AFFIRMED